USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#
DATE FILED: 8/12/16

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
AVI ROJAY, et al.,
Plaintiffs,

14 civ 6046 (JGK)

-against-

PENN WEST PETROLEUM LTD,
Defendant.
------------------------------------------------------------X

**ORDER**

The Court, having approved the class action settlement in the above-entitled action, via judgment dated June 28, 2016, directs the clerk to close the following related actions:

14 civ 6068 (JGK)
14 civ 6203 (JGK)
14 civ 7187 (JGK)

**SO ORDERED.**

**JOHN G. KOELTL**
**UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
August 11, 2016